John C. Rothermich, OSB #071685
Email: John.Rothermich@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200\Fax: (503) 248-9085

Beth W. Petronio, *pro hac forthcoming*
Email: beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel.: (214) 939-5815/Fax: (214) 939-5849

*Attorneys for Plaintiff Tyler Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br>　v.<br>MULTNOMAH COUNTY, OREGON,<br><br>　　　　　　　　　　　　Defendant. | Case No.3:20-cv-1083<br><br>FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR TYLER TECHNOLOGIES, INC. |

　　　　Plaintiff Tyler Technologies, Inc. ("Tyler") is a Delaware Corporation with its principal place of business in Texas. Tyler is publicly traded on the New York Stock Exchange and no publically traded company owns 10% or more of its stock.

PAGE 1 – FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF TYLER TECHNOLOGIES, INC.

DATED this 6th day of July, 2020.

                                             K&L GATES LLP

                                             By: s/John C. Rothermich
                                                  John C. Rothermich, OSB #071685
                                                  Attorneys for Plaintiff Tyler Technologies, Inc.

PAGE 2 – FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF TYLER TECHNOLOGIES, INC.

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200