AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| TYLER TECHNOLOGIES, INC. <br><br> *Plaintiff(s)* <br> v. <br> MULTNOMAH COUNTY, OREGON <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-01083-JR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Multnomah County
    c/o Jenny M. Madkour
    County Attorney
    501 S.E. Hawthorn Blvd.
    Portland, OR 97214

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    John Rothermich
    K&L Gates LLP
    One SW Columbia St., Suite 1900
    Portland, OR 97204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **07/06/2020**

By: **s/J Norgate**, Deputy Clerk