John C. Rothermich, OSB #071685
Email: John.Rothermich@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200\Fax: (503) 248-9085

Beth W. Petronio, *pro hac vice*
Email: beth.petronio@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel.: (214) 939-5815/Fax: (214) 939-5849

*Attorneys for Plaintiff Tyler Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., a Delaware Corporation, | Case No.3:20-cv-01083-JR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF** |
| v. | **VOLUNTARY DISMISSAL OF CASE** |
| MULTNOMAH COUNTY, OREGON, | |
| Defendant. | |

Pursuant to LR 41-1, Plaintiff Tyler Technologies, Inc. ("Plaintiff"), through its counsel, notifies the Court that this matter has settled and requests that the Court dismiss this case in its entirety with prejudice, and with each party to bear its own costs and attorney fees.

PAGE 1 – PLAINTIFF'S VOLUNTARY NOTICE OF
DISMISSAL OF CASE

Dated this 7th day of December, 2020.

K&L GATES LLP

By:  s/John C. Rothermich
    John C. Rothermich, OSB #071685
    Email: john.rothermich@klgates.com
    Beth W. Petronio, *pro hac vice*
    Email: beth.petronio@klgates.com
    Attorneys for Plaintiff Tyler Technologies, Inc.

PAGE 2 – PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF CASE

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of PLAINTIFF'S NOTICE OF

VOLUNTARY DISMISSAL OF CASE be served upon all counsel of record to this matter on this

7th day of December, 2020, via the Court's CM/ECF electronic service system.

J. Matthew Donohue
Holland & Knight
601 SW Second Avenue, Suite 1800
Portland, OR 97204
matt.donohue@hklaw.com
   Attorneys for Defendant Multnomah County, Oregon:

Dated this 7th day of December, 2020.


      s/John C. Rothermich
     John C. Rothermich

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200