IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER TECHNOLOGIES, INC.,

                Plaintiff(s),

    v.

MULTNOMAH COUNTY, OREGON,

                Defendant(s).

Civil No. 03:20-cv-01083-JR

**ORDER OF DISMISSAL**

Based on Plaintiff's Notice of Voluntary Dismissal [10],

IT IS ORDERED that this action is DISMISSED in its entirety with prejudice and with each party to bear its own costs and attorney fees. Pending motions, if any, are DENIED AS MOOT.

Dated this 7th day of December, 2020.

                by   /s/ Jolie A. Russo
                    Jolie A. Russo
                    United States Magistrate Judge